UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3212-DSF (SHx) | Date | May 14, 2013 |
|---|---|---|---|
| Title | Wilmington Savings Fund Society, et al., v. PHL Variable Insurance Co., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**       (IN CHAMBERS)

    Defendants' Motion to Quash Document Subpoenas and for Issuance of a Protective Order is Denied.  Defendants do have standing to bring the Motion to Quash.  However, the minimal third party document (not deposition) subpoenas sought in this District prior to the May 30th consideration of the Motion for Stay of Discovery in Delaware does not require the presence or participation of defense counsel, nor does it cause any undue burden on Defendants.  None of the subpoened third parties have objected to the subpoenas or joined in the Motion to Quash.

    There was no discovery Stay when the underlying case was pending in this court for nine months, even when Motions to Dismiss were pending in this court. Although Plaintiffs could easily have waited for a ruling on the current Motion to Stay Discovery before issuing the subject subpoenas, no court ruling or Rule required them to do so.

**cc:**     **District Judge Fischer**
      **Counsel of Record***
      ***the term "counsel" as used herein also includes any pro se party.**
      **See Local Rule 2.9.3.**

                                                                                 :
Initials of Preparer